

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| UNIT 82 JOINT VENTURE, FIVE STAR HOLDING COMPANY, INC., FIVE STAR HOLDING MANAGEMENT, L.L.C., AND 1320/1390 DON HASKINS, LTC., | § § § § | No. 08-13-00088-CV |
| Appellants, | § | Appeal from |
| v. | § | 327th District Court |
| INTERNATIONAL COMMERCIAL BANK OF CHINA, LOS ANGELES BRANCH, MAYNARDS INDUSTRIES (1991) INC. D/B/A MAYNARDS INDUSTRIES, LTD., AND ROBB EVANS, RECEIVER FOR MEDIACOPY TEXAS, INC., | § § § § | of El Paso County, Texas (TC # 2005-1987) |
| Appellees. | § | |

**J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellees recover from Appellants and its sureties, if any, *see* TEX.R.APP.P. 43.5, on the judgment and all costs, both in this Court and the court below for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 5TH DAY OF NOVEMBER, 2014.

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.
(Rivera, J., not participating)